**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| ANTONIO MEDINA, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. <u>2:23-cv-00145</u> |
| | § | |
| SAM'S CLUB#8267 AND WAL-MART | § | |
| STORES, INC. | § | |
| *Defendants.* | § | |

**DEFENDANTS' SAM'S EAST, INC #8267 AND WALMART STORES, INC**
**NOTICE OF REMOVAL UNDER 28 USC §1332(a)**

COME NOW, Defendants Sam's East, Inc. ("Sam's"), improperly named as Sam's Club #8267 and Walmart Inc. ("Walmart"), improperly named Wal-Mart Stores, Inc. (collectively, "Defendants") and present this Notice of Removal of the suit brought by Plaintiff Antonio Medina ("Plaintiff") from the County Court at Law No. 4, Nueces County, Texas where the suit was instituted, to this United States District Court for the Southern District of Texas, Corpus Christi Division under 28 U.S.C. §§ 1332, 1441, and 1446. Expressly reserving all questions other than that of removal, Defendants respectfully show that removal is proper as follows:

**STATE COURT SUIT**

On April 28, 2023, Plaintiff filed an action in County Court at Law No. 4, Nueces County, Texas titled "Antonio Medina v. Sam's Club #8267 and Wal-Mart Stores, Inc." and bearing Cause No. 2023CCV-60553-4 (the "State Court Suit"). Exhibit A-1.

Defendants Sam's East, Inc., improperly named Sam's Club #8267 and Walmart Inc., improperly named Wal-Mart Stores, Inc. were made aware of the filing on May 5, 2023, when they were served with this suit. Exhibit A-2. Therefore, this Notice of Removal is timely filed by Defendants. 28 U.S.C. § 1446(b).

The State Court Suit is a civil suit arising from a dispute pertaining to a slip and fall at Sam's located in Nueces County, Texas. The claims are for negligence, as the Plaintiff alleges he was injured because of "tripping on an in-ground box." Plaintiff's Original Petition, Exhibit A-1 at IV.

In his suit, Plaintiff seeks monetary relief "OVER ONE MILLION DOLLARS ($1,000,000.00)" for damages, pre-judgment interest, post judgment interest, and taxable court costs. Exhibit A-1 at VIII.

## PARTIES AND CITIZENSHIP

Plaintiff is a citizen of Texas, domiciled in Corpus Christi, Nueces County, Texas at all times relevant to this lawsuit, including when the State Court Suit was filed and removed. Plaintiff's Original Petition, Exhibit A-1 at II.

Defendant Sam's East, Inc. was at the time of the filing of this suit and is at the time of the filing of this Notice of Removal, an Arkansas corporation with its principal place of business at 702 SW 8th Street, Bentonville, Arkansas, 72716-6209.  A corporation is "a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business."  MidCap Media fin., 929 F.3d 310, 314 (5th Cir. 2019) (quoting 28 USC §1332(c)(1)).  Sam's East, Inc. is an incorporated entity under the laws of the State of Arkansas with its principal place of business in Arkansas.  Therefore, Sam's East, Inc. is a citizen of Arkansas.

Defendant Walmart Inc., an improperly named defendant was at the time of the filing of this suit and is at the time of the filing of this Notice of Removal, a Delaware corporation with its principal place of business in Arkansas.  A corporation is "a citizen of every State and foreign state

by which it has been incorporated and of the State or foreign state where it has its principal place of business." MidCap Media fin., 929 F.3d 310, 314 (5th Cir. 2019) (quoting 28 USC §1332(c)(1)). Walmart Inc. is an incorporated entity under the laws of the State of Delaware with its principal place of business in Arkansas. Therefore, Walmart Inc. is a citizen of Delaware and Arkansas.

No change in the State of formation, organization, incorporation, or the principal place of business of Defendant Sam's East, Inc., or Walmart Inc., has occurred since the commencement of the lawsuit, and Defendants know of no such change in the citizenship of the Plaintiff.

## **BASIS OF REMOVAL**

Removal is proper because complete diversity exists between Plaintiff, a citizen of Texas, and Defendant Sam's East, Inc. (a citizen of Arkansas), and Defendant Walmart Inc. (a citizen of Delaware and Arkansas). Additionally, the amount in controversy between Plaintiff and Defendants exceeds, exclusive of interest and costs, the sum of $75,000: Plaintiff contends in the State Court Suit that it seeks an amount over $1,000,000.00 Exhibit A-1 at VII. 28 U.S.C. § 1332(a).

This Court therefore has subject matter jurisdiction of this case based on diversity jurisdiction and removal is proper. 28 U.S.C. § 1332. All defendants who have been properly joined and served join in or consent to the removal of this case to federal court. 28 U.S.C. § 1446(b)(2)(A).

Venue is proper in this district under 28 U.S.C. § 1441(a) because the state court where the suit is pending is in this district. 28 U.S.C. § 124(b)(5) (The U.S. District Court for the Southern District of Texas, Corpus Christi Division embraces Nueces County, Texas).

## **OTHER MATTERS**

Along with filing this Notice of Removal, Defendants will promptly notify Plaintiff and file a Notification of Removal, attaching a copy of this Notice of Removal, with the Clerk for the County Court of Nueces County, Texas in accordance with 28 U.S.C. § 1446(d).

Plaintiff made a jury demand in state court. Plaintiff's Original Petition, Exhibit A-1 at IX; Docket Sheet, Exhibit A-2.

As 28 U.S.C. § 1446(a) and L.R. 81 require, Defendants provide a copy of Plaintiff's Original Petition filed in the State Court Suit, any process, and the State Court docket sheet, which references any signed orders served in the State Court Suit, together with an index of matters being filed, and a list of all counsel of record. These documents are attached as Exhibit A-1 – Exhibit A-4.

## **CONCLUSION AND PRAYER**

This case is a civil action brought in a state court, and the federal district courts have original jurisdiction over the subject matter of this case under 28 U.S.C. § 1332. Removal of this case is proper under 28 U.S.C. § 1441 and in conformance with 28 U.S.C. § 1446. For these reasons, Sam's East, Inc., and Walmart Inc. remove this case from the County Court at Law No. 4 of Nueces County, Texas, to this Court and pray that this Court enters such orders and grant such relief as may be necessary to secure such removal.

Respectfully submitted,

**ATLAS HALL & RODRIGUEZ, LLP**

By:     */s/Michael Rodriguez*
        Michael Rodriguez
        State Bar No. 00791553
        S.D. Tex. No. 18759
        mrodriguez@atlashall.com
        222 N. Expressway 77, Suite 203
        Brownsville, Texas 78521
        Telephone: (956) 574-9333
        Facsimile: (956) 574-9337

        **ATTORNEYS FOR DEFENDANTS,**
        **SAM'S EAST, INC AND WALMART**
        **TEXAS, INC.**

OF COUNSEL:

Rick A. Zuniga
Federal ID No. 1682846
State Bar No. 24084148
rzuniga@atlashall.com
Atlas, Hall & Rodriguez, LLP
818 W. Pecan Blvd. (78501)
P.O. Box 3725
McAllen, Texas 78502
Telephone No. 956/682-5501
Telecopy No. 956/686-6109

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of Defendants' Sam's East, Inc., and Walmart Inc.'s Notice of Removal and all accompanying documents required by LR 81 have been served via certified mail, return receipt requested, on June 1, 2023, upon all counsel of record as follows:

                  *Michael Rodriguez /s/*
                  Michael Rodriguez