Case 2:23-cv-00145   Document 24   Filed on 01/06/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
January 07, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| ANTONIO MEDINA, § § | |
| Plaintiff, § § | |
| VS. § | CIVIL ACTION NO. 2:23-CV-00145 |
| § | |
| SAM'S EAST, INC., *et al.*, § § | |
| Defendants. § | |

# FINAL JUDGMENT

Pursuant to the Joint Stipulation of Dismissal (D.E. 23), the Court enters final judgment dismissing this action with prejudice.

**ORDERED** on January 6, 2025.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE